| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Fischer, Dale S. | 2. Court or Organization<br><br>U.S. Dist. Ct. - CA (Central) | 3. Date of Report<br><br>05/01/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>Roybal Federal Building<br>255 E. Temple St., Suite 830<br>Los Angeles, CA 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Fischer , Dale S.

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/10/10 | Payment in liquidation of interest under the Contingent Stock Agreement dated 1/1/96. See Part VIII | $4,354.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 05/01/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Rollover IRA - Schwab | B | Dividend | N | T | | | | | |
| 2. --AAPL common stock | | | | | Sold | 03/26/10 | K | E | |
| 3. --BRCM common stock | | | | | Sold | 08/12/10 | K | D | |
| 4. --CELG common stock | | | | | Sold | 03/26/10 | J | B | |
| 5. --CSCO common stock | | | | | | | | | |
| 6. --COH common stock | | | | | Sold | 03/26/10 | J | B | |
| 7. --CTSH common stock | | | | | Sold | 08/21/10 | K | E | |
| 8. --EBAY common stock | | | | | Sold | 03/26/10 | J | | |
| 9. --GILD common stock | | | | | Sold | 03/26/10 | K | E | |
| 10. --GOOG common stock | | | | | Sold | 03/26/10 | J | C | |
| 11. --NTAP common stock | | | | | | | | | |
| 12. --QCOM common stock | | | | | | | | | |
| 13. --SBUX common stock | | | | | Sold | 08/21/10 | J | D | |
| 14. --VRSN common stock | | | | | | | | | |
| 15. --VPRT common stock | | | | | | | | | |
| 16. --Schwab Money Market | A | Dividend | | | Redeemed | 05/11/10 | M | | |
| 17. --AKAM common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. --CAVM common stock | | | | | Sold | 03/26/10 | J | B | |
| 19. --FSLR common stock | | | | | Sold | 03/26/10 | J | C | |
| 20. --FWLT common stock | | | | | Sold | 03/26/10 | J | | |
| 21. --ILMN common stock | | | | | Sold | 03/26/10 | K | C | |
| 22. --ISRG common stock | | | | | Sold | 03/26/10 | K | E | |
| 23. --MR common stock | | | | | Sold | 03/26/10 | J | A | |
| 24. --SPWR common stock | | | | | Sold | 03/26/10 | J | | |
| 25. --VMW Cl A | | | | | | | | | |
| 26. --ZUMZ common stock | | | | | Sold | 03/26/10 | J | | |
| 27. --APEI common stock | | | | | Sold | 03/26/10 | J | A | |
| 28. --GXDX common stock | | | | | | | | | |
| 29. --JEC common stock | | | | | | | | | |
| 30. --LULU common stock | | | | | Sold | 03/26/10 | J | B | |
| 31. --EDU common stock | | | | | Sold | 03/26/10 | J | B | |
| 32. --POWI common stock | | | | | | | | | |
| 33. --PWR common stock | | | | | Sold | 03/26/10 | J | | |
| 34. --UTHR common stock | | | | | Sold | 03/26/10 | J | B | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
   (See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
   (See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
   (See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --ZOLT common stock | | | | | Sold | 03/26/10 | J | | |
| 36. --Enerbank USA CD | | | | | Buy | 08/10/10 | L | | |
| 37. --Charles Schwab Bank | A | Interest | | | Open | 05/12/10 | M | | |
| 38. --Ally Bank GMAC CD | A | Interest | | | Buy | 03/25/10 | K | | |
| 39. | | | | | Matured | 09/30/10 | K | | |
| 40. --New Century Bank CD | A | Interest | | | Buy | 08/10/10 | M | | |
| 41. | | | | | Matured | 09/28/10 | M | | |
| 42. Credit Suisse Lg Cap Value Cl A | A | Dividend | | | Merged (with line 70) | 10/08/10 | M | C | |
| 43. Brokerage Account - Schwab | A | Dividend | J | T | | | M | | |
| 44. --PFW Water Fund Cl A | | | | | | | | | |
| 45. Contributory IRA - Schwab | A | Dividend | K | T | | | | | |
| 46. --PFW Water Fund Cl A | | | | | | | | | |
| 47. Vanguard 500 Index Fund Adm | B | Dividend | M | T | | | | | |
| 48. Wells Fargo Bank Account | A | Interest | K | T | | | | | |
| 49. Fidelity Magellan Mutual Fund | A | Dividend | L | T | | | | | |
| 50. E*Trade Brokerage Account | | | | | | | | | |
| 51. --E*Trade Money Market Fund (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --MMM common stock | A | Dividend | | | Sold | 08/12/10 | J | B | |
| 53. --CAT common stock | A | Dividend | | | Sold | 08/12/10 | J | B | |
| 54. --CVX common stock | A | Dividend | | | Sold | 08/12/10 | J | B | |
| 55. --XOM common stock | A | Dividend | | | Sold | 08/12/10 | J | B | |
| 56. --GGP common stock | | None | | | Sold (part) | 03/26/10 | J | | |
| 57. | | | | | Sold | 04/21/10 | J | | |
| 58. --QCOM common stock | A | Dividend | | | Sold | 08/12/10 | J | D | |
| 59. --O common stock | A | Dividend | J | T | Buy | 06/28/10 | J | | |
| 60. --E*Trade Bank Extended Ins. Sweep Dep. Acct. | A | Interest | K | T | | | | | |
| 61. 457 Plan | B | Int./Div. | K | T | | | | | |
| 62. --Horizons Large Cap Equity Fund | | | | | | | | | |
| 63. --Horizons Stable Income Fund | | | | | | | | | |
| 64. 401(k) Plan | D | Int./Div. | M | T | | | | | |
| 65. -- Savings Large Cap Equity Fund | | | | | | | | | |
| 66. --Savings Stable Value Fund | | | | | | | | | |
| 67. --Savings Small Cap Equity Fund | | | | | | | | | |
| 68. E*Trade Bank Accounts | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Fischer, Dale S. | 05/01/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Aberdeen Global Small cap Cl A | A | Dividend | K | T | | | | | |
| 70. Credit Suisse Lg Cap Blend Cl A (X) | B | Dividend | M | T | | | | | |
| 71. BNY Mellon Shareowner Services | | | | | | | | | |
| 72. --GGP common stock | | None | | | Sold (part) | 03/26/10 | J | | |
| 73. Capital One Bank | A | Interest | L | T | Open | 06/20/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

III. The Agreement was between General Growth Properties, Inc. (GGP) (as successor in interest to Rouse Co.) and certain beneficiaries of the Estate of Howard Hughes and former partners in Howard Hughes Properties Limited Partnership (HHPLP). The Agreement was to provide additional consideration in the form of GGP stock in the event that GGP earned more than certain threshold amounts from the assets of HHPLP through the year 2009. My interest originally derives from compensation attributable to services provided by the law firm in which I was a partner (which ceased to exist in 1996). In my Financial Disclosure Reports, I have listed my ownership in GGP under my E*Trade brokerage account. In prior years, I inadvertently failed to list a small number of additional shares I received on the following dates: August 2006, February 2007, and February 2008. These shares were deposited into an account at BNY Mellon rather than my E*Trade account. No other assets were held in the BNY Mellon account and I incorrectly believed the additional shares would be placed in the E*Trade account. My total interest in GGP in all relevant years was properly reflected as less than !5,000 or "J." In 2006 I received payment under the Agreement in the form of an Original Issue Discount (OID) of $1244; in 2007 the OID was $376; in 2008 the OID was $169. The amount listed on this Report was a payment pursuant to a Court order issued in the bankruptcy reorganization of GGP.


VII.
Ins. 16 and 37  Sweep account changed from Schwab Money Market to Charles Schwab Bank

Ins. 51 and 60  E*Trade changed its sweep account from E*Trade Money Market to E*Trade Bank at some point prior to this reporting period

In. 62 SSGA S&P/Savings Large Cap Equity transferred by administrator to Horizons Large Cap Equity Fund in last quarter of 2008 (see Additional Information on 2009 Report)

In. 63  LA County Stable Income Fund transferred by administrator to Horizons Stable Income Fund in last quarter of 2008

In. 66 Stable Value Fund renamed Savings Stable Value Fund 11/3/08

Ins. 71 and 72  See Note re III above

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ Dale S. Fischer

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544